IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALIE SWARRAY,** | : | **Civil No. 1:17-cv-0970** |
| | . | |
| **Plaintiff,** | : | |
| | . | |
| **v.** | : | |
| | . | |
| **CRAIG LOWE, et al.,** | : | |
| | . | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

**AND NOW**, this 18th day of August, 2017, **IT IS HEREBY ORDERED**
as follows:

1)  The report and recommendation is **ADOPTED**.

2)  The petitioner's petition for writ of habeas corpus (Doc. 1) is **GRANTED
    IN PART** to the extent that the petitioner should be afforded an
    individualized bond hearing.

3)  Within 30 days, an immigration judge is directed to afford the petitioner an
    individualized bail hearing. At this hearing, the immigration judge must
    make an individualized inquiry into whether detention is still necessary for
    the purposes of ensuring that the petitioner attends removal proceedings and
    that his release will not pose a danger to the community. Further, the
    government bears the burden of presenting evidence at this hearing and
    proving that the petitioner's continued detention is necessary to fulfill the

purposes of the detention statute. *Diop v. ICE/Homeland Sec.*, 656 F.3d 221, 233 (3d Cir. 2011).

4) The parties should report to the District Court on the outcome of the individualized bail determination no later than three days after the immigration judge's hearing.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
